[No. 12697–4–II.  Division Two.  January 23, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ERIC JOHN FINNERTY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 88–1–01006–4, Robert L. Harris, J., entered March 3, 1989. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Petrich, A.C.J., and Morgan, J.

[No. 12875–6–II.  Division Two.  January 23, 1991.]

WALTER STEINDORF, ET AL, *Appellants,* v. C. ALAN PETTIBONE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85–2–01428–3, Robert J. Doran, J., entered April 24, 1989. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Alexander and Morgan, JJ.

[No. 13476–4–II.  Division Two.  January 23, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES BRUCE ANGLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 89–1–00426–4, Don L. McCulloch, J., entered November 27, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.